01

02

03

04

05

06              UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF WASHINGTON
07                       AT SEATTLE

08 BETTY JEAN DUKES,                )
                                    )  CASE NO. C12-0509-RSL
09         Plaintiff,               )
                                    )
10    v.                            )  ORDER REMANDING CASE
                                    )
11 MICHAEL J. ASTRUE, Commissioner of)
   Social Security,                 )
12                                  )
           Defendant.               )
13 _____ )

14       The Court, after careful consideration of plaintiff's complaint, the parties' briefs, all

15 papers and exhibits filed in support and opposition thereto, the Report and Recommendation of

16 the Honorable Mary Alice Theiler, United States Magistrate Judge, and the balance of the

17 record, does hereby find and ORDER:

18       (1)   The Court adopts the Report and Recommendation;

19       (2)   The final decision of the Commissioner is REVERSED and this case is

20 REMANDED to the Social Security Administration for further proceedings not inconsistent

21 with the Report and Recommendation; and

22 / / /

ORDER REMANDING CASE
PAGE -1

01       (3)    The Clerk of the Court is directed to send copies of this Order to the parties and

02 to Judge Theiler.

03       DATED this 9th day of October, 2012.

                        */s/ Robert S. Lasnik*
                        Robert S. Lasnik
                        United States District Judge

ORDER REMANDING CASE
PAGE -2